UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: VIAGRA (SILDENAFIL CITRATE) AND CIALIS (TADALAFIL) PRODUCTS LIABILITY LITIGATION<br><br>Michael Cooper<br>______________________<br>Plaintiff(s)<br><br>v.<br>Eli Lilly and Co.<br>______________________<br>Defendant(s) | Case No.: 3:16-md-02691-RS<br>MDL No. 2691<br><br>Case No: 3:17-cv-2815<br><br>**Master Short Form Complaint** |

Plaintiff(s), incorporates by reference the Plaintiffs' Master Long Form Complaint(s) filed with United States District Court for the Northern District of California in the matter of *In re: Viagra (Sildenafil Citrate) and Cialis (Tadalafil) Products Liability Litigation*. Plaintiff(s) further show the court as follows:

1. Defendant(s) against whom Complaint is made:
   a. X__ Eli Lilly and Company
   b. ___ Pfizer Inc.
   c. ___ Other (specify Defendant) ______________________
2. Plaintiff's Full Name:
   a. Michael Cooper
3. Name of the party or deceased who ingested Viagra/Revatio (sildenafil citrate) (hereinafter "Viagra") and/or Cialis/Adcirca (tadalafil) (hereinafter "Cialis") and suffered injury, if different than Plaintiff:
   a. Michael Cooper

4. Name of additional or other Plaintiff, including loss of consortium Plaintiff(s) (i.e. administrator, executor, guardian, conservator):

   a. ________________________________

5. Plaintiff's current city and state of residence:

   a. ___Murphy, Texas______

6. District Court in which venue would be proper absent direct filing:

   a. ___Eastern District of Texas________________________

7. City and state of Plaintiff or Decedent when he/she was diagnosed with melanoma:

   a. ___Murphy, Texas__________

8. Approximate dates that the Plaintiff or Decedent ingested Viagra (if applicable):

   a. Start date: _

   b. Stop date: _

9. Approximate dates that the Plaintiff or decedent ingested Cialis (if applicable):

   a. Start date: Jan. 2010__________

   b. Stop date: June. 2014__________

10. Date(s) that Plaintiff was diagnosed with melanoma which he/she alleges was caused by Viagra and/or Cialis:

    a. ___June 2014_____________

11. Date of death of Decedent, if applicable:

    a. ____________________________________________

12. Master Complaint Adopted (check one or both):

    a. ___ Pfizer Master Complaint

    b. X Eli Lilly Master Complaint

13. Counts in the Master Complaint(s) brought by Plaintiff(s):

    a. Count 1 (Negligence): ___X____

    b. Count 2 (Gross Negligence): ____X_____

    c. Count 3(Negligence Per Se): ____X_____

d. Count 4 (Unfair and Deceptive Trade Practices: Unfairness) ___X_____

e. Count 5 (Unfair and Deceptive Trade Practices: Fraud) X_____

f. Count 6 (Unfair and Deceptive Trade Practices: Unlawfulness) ______X

g. Count 7 (Strict Liability – Defective Design): __X_____

h. Count 8 (Strict Liability – Failure to Warn): ___X_____

i. Count 9 (Failure to Test): ______X

j. Count 10 (Breach of Express Warranty): X_____

k. Count 11 (Breach of Implied Warranty): X_____

l. Count 12 (Fraudulent Misrepresentation and Concealment): ___X_____

m. Count 13 (Negligent Misrepresentation and Concealment): ___X_____

n. Count 14 (Fraud and Deceit): ___X_____

o. Count 15 (Willful, Wanton, and Malicious Conduct): __X_____

p. Count 16 (Unjust Enrichment): __X_____

q. Count 17 (Loss of Consortium): _____

r. Count 18 (Survival): _____

s. Count 19 (Wrongful Death): _____

t. Count 20 (Punitive Damages): __X_____

u. Other: ______________________________________________________

14. Jury Demand

a. Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand a trial by jury as to all claims in this action: Yes X____No ___

Dated this the 17th___day of May 2017.

Respectfully submitted on behalf of the Plaintiff,

JONES WARD PLC

s/ Alex C. Davis

Alex C. Davis
The Pointe
1205 E. Washington St., Suite 111
Louisville, Kentucky 40206
Phone: (502) 882-6000
Facsimile: (502) 587-2007
alex@jonesward.com
*Counsel for Plaintiff*